UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN THE MATTER OF**
**GRAND JURY INVESTIGATION**

No. 18-GJ-34

**UNDER SEAL**

### [PROPOSED] ORDER

AND NOW, on this ____ day of June, 2018, upon consideration of the instant Motion to Quash, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED, that the June 5, 2018 and June 19, 2018 Subpoenas are Quashed and the Court's Order on June 18, 2018 order appearance by Mr. Miller to testify before the Grand Jury is vacated.

BY THE COURT:

_____
Hon. Beryl A. Howell
Chief Judge of the District Court of
the District of Columbia

1