UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY
INVESTIGATION

Criminal No. 18-GJ-34

## STATUS REPORT

Pursuant to the Court's order, the parties have conferred. The government agrees to adjourn Mr. Miller's Grand Jury appearance date from June 29, 2018 to July 13, 2018. The parties respectfully request that the Court's order of June 18, 2018 be modified accordingly.

With regard to Mr. Miller's motion, the government believes there are two independent reasons for dismissing Mr. Miller's motion: timeliness and substance. The government proposes to respond regarding timeliness first, and then, if necessary, regarding substance. The parties therefore propose the following dates:

July 6, 2018: The Government responds regarding the timeliness of Mr. Miller's motion.

July 10, 2018: Mr. Miller replies on timeliness.

July 12, 2018: If requested by the Court, the parties appear for oral argument on timeliness.

July 13, 2018: If Mr. Miller's motion is dismissed, Mr. Miller will testify before the Grand Jury.

If Mr. Miller's motion is not dismissed, then the government proposes to brief the substance of Mr. Miller's motion on July 20, 2018, with Mr. Miller's reply due on July 27, 2018.

ROBERT S. MUELLER, III<br>
Special Counsel

By: _____
Jeannie S. Rhee
Aaron S.J. Zelinsky
The Special Counsel's Office

cc: Alicia Dearn, Esq.
    Paul Kamenar, Esq.