UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF
GRAND JURY INVESTIGATION

Case No. 1:18-gj-34 (BAH)

**FILED UNDER SEAL**

### GOVERNMENT'S MOTION FOR PERMISSION TO OBTAIN THE TRANSCRIPT OF THE SEALED HEARING ON JUNE 29, 2018

The United States of America, by and through Special Counsel Robert S. Mueller III, respectfully moves for permission to obtain a copy of the transcript of the sealed hearing in the above-captioned matter on June 29, 2018. The United States does not seek to unseal this transcript to the public.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: June 29, 2018    By: _____
Aaron S. J. Zelinsky
Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorney for the United States of America*