# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF<br>GRAND JURY INVESTIGATION | Case No. 1:18-gj-34 (BAH)<br><br>**FILED UNDER SEAL** |

## ORDER

Upon consideration of the government's motion for permission to obtain the transcript of the sealed hearing on June 29, 2018, it is hereby

ORDERED that the government's motion is GRANTED.

Date: June ____, 2018                   _____
                                         Hon. Beryl A. Howell
                                         Chief United States District Judge