UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL - 2 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE MATTER OF
GRAND JURY INVESTIGATION

Case No. 1:18-gj-34 (BAH)

**FILED UNDER SEAL**

## ORDER

Upon consideration of the government's motion for permission to obtain the transcript of the sealed hearing on June 29, 2018, it is hereby

ORDERED that the government's motion is GRANTED.

Date: July 2nd, 2018

Hon. Beryl A. Howell
Chief United States District Judge