UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



RECEIVED
JUL 19 2018
Clerk, U.S. District and Bankruptcy Courts

**IN THE MATTER OF
GRAND JURY INVESTIGATION**

No. 18-GJ-34

**UNDER SEAL**

### POST-HEARING SUBMISSION OF ANDREW MILLER

Pursuant to this Court's request at the hearing today, the following information is provided:

1. 28 U.S.C. 515(b) was cited on page 4 of the Reply Brief.

The following are other statutes that relate or refer to the hiring or employment of "attorneys" at the Department of Justice except where otherwise noted:

28 U.S.C. 515(a) ("attorney specially appointed…under law")

28 U.S.C. 533 (appoint "officials" ["attorneys" not expressly mentioned])

28 U.S.C. 541 (appointing U.S. Attorneys)

28 U.S.C. 542 (appointing Assistant U.S. Attorneys)

28 U.S.C. 543 (appointing special attorneys to assist U.S. Attorneys)

28 U.S.C. 546 (appointing Interim U.S. Attorneys)

\* \* \* \* \*

Undersigned counsel stands ready to provide this Court further assistance if requested.

Respectfully submitted,

*Alicia I. Dearn*
Alicia I. Dearn
Bellatrix PC
Missouri Bar No. 64623
California Bar No. 235169
(***Pro Hac Vice Pending***)

231 S. Bemiston Ave., St. 850
St. Louis, MO 63105-1920
Telephone: 314.526.0040
Facsimile: 314.526.0044
AliciaDearn@bellatrixlaw.com

*/s/ Paul D. Kamenar*
Paul D. Kamenar, D.C. Bar #914200
1629 K Street, N.W.
Suite 300
Washington, DC 20006
(301) 257-9435
paul.kamenar@gmail.com

***Attorneys for Andrew Miller***

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2018, the foregoing Post-Hearing Submission of Andrew Miller was served via electronic mail to:

Aaron Zelinsky, Esq
US Department of Justice Special Counsel's Office
RM B-103
950 Pennsylvania Ave NW
Washington DC, 20530
ASJZ@usdoj.gov

*/s/Paul D. Kamenar*