# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*In re* GRAND JURY INVESTIGATION
.

Grand Jury Action No. 18-34 (BAH)

Chief Judge Beryl A. Howell

**FILED UNDER SEAL**

## ORDER

Upon consideration of the witness, Andrew Miller's, Second Motion to Quash Subpoena, ECF No. 10, the related legal memoranda in support and opposition to this motion, the exhibits attached thereto, the arguments presented at the hearing held on July 18, 2018, and the entire record herein, for the reasons set out in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the witness's Second Motion to Quash is **DENIED**; and it is further

**ORDERED** that Andrew Miller is directed, pursuant to the grand jury subpoenas served by the Special Counsel, to appear before the grand jury to provide testimony at the earliest date available to the grand jury, and to complete production of the subpoenaed records promptly.

**SO ORDERED.**

Date: July 31, 2018

_____
BERYL A. HOWELL
Chief Judge