# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION | Grand Jury Action No. 18-34<br><br>**Filed Under Seal** |

# ORDER

Upon consideration of the government's motion for public release with redactions, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the opinion will be released publicly, with redactions.

_____         _____
Date                                             THE HONORABLE BERYL A. HOWELL
                                                 CHIEF UNITED STATES DISTRICT JUDGE