UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY INVESTIGATION

Grand Jury Action No. 18-34

**Filed Under Seal**

### ORDER

Upon consideration of the government's amended motion for public release with redactions, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the opinion will be released publicly, with redactions.

_____   _____
Date                                      THE HONORABLE BERYL A. HOWELL
                                          CHIEF UNITED STATES DISTRICT JUDGE