# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION | Grand Jury Action No. 18-34 (BAH) <br><br> **Filed Under Seal** |

## JOINT RECOMMENDATION OF UNSEALING REGARDING ECF 30

The United States of America, by Robert S. Mueller, III, Special Counsel, files this joint recommendation of unsealing regarding ECF 30.

The parties have conferred and respectfully request that ECF 30 be unsealed to the extent ECF 30 is granted, and that this recommendation be unsealed in full.

                                        Respectfully submitted,

                                        ROBERT S. MUELLER, III
                                        Special Counsel

Dated: August 8, 2018             By:   /s/_____
                                                  Michael R. Dreeben
                                                  Jeannie S. Rhee
                                                  Adam C. Jed
                                                  Aaron S.J. Zelinsky

cc: Paul Kamenar, Esq.
     Alicia Dearn, Esq.