**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| *In re* GRAND JURY INVESTIGATION | Grand Jury Action No. 18-34 (BAH)<br><br>Chief Judge Beryl A. Howell |
|---|---|

**ORDER**

Pending before the Court are the Special Counsel and witness's Joint Recommendation of Unsealing With Redactions, ECF No. 30, and Joint Recommendation of Unsealing Regarding ECF No, 30, ECF No. 31 (collectively "Joint Recs."), timely submitted in response to this Court's Memorandum and Order, ECF No. 26. The parties now request the unsealing of the docket and of all minute orders in this matter in their entirety, and the unsealing, in whole or part, of certain items on the docket. As directed by the Court, the Special Counsel and counsel for the witness conferred regarding "any other transcript or document currently under seal that they recommend unsealing." Mem. & Order at 7. Upon review of the parties' Joint Recommendation, and upon consideration of the parties' substantial agreement as to which materials should be unsealed or remain sealed, and in light of the press's identification of both the witness and his counsel, it is hereby

**ORDERED** that, for the reasons laid out in the Court's Memorandum and Order and the parties' Joint Recommendations, the following items be unsealed: (1) the case number and docket; (2) all minute orders and minute entries entered on June 14, 2018, June 18, 2018, June 28, 2018, June 29, 2018, July 18, 2018, and August 8, 2018; (3) docket entries 11, 13, 15, 16, 17,

19, 20, 21, 22, 24, 25, 26, 30, 31, and all exhibits thereto; and (4) docket entries 10 and 10-2; and it is further

**ORDERED** that, for the reasons laid out in the Court's Memorandum and Order and the parties' Joint Recommendations, docket entries 10-1 and 18 remain under seal, but that redacted versions of these documents be placed on the docket as exhibits to this Order; and it is further

**ORDERED** that, for the reasons laid out in the Court's Memorandum and Order and the parties' Joint Recommendations, the Court's Memorandum Opinion, located at docket entry 27, remain under seal, but that a second redacted version of the Memorandum Opinion, with footnotes 7 and 8 unsealed and footnote 6 unsealed in part, be placed on the docket as an exhibit to this Order; and it is further

**ORDERED** that all other docket entries remain under seal.[1]

**SO ORDERED.**

Date: August 8, 2018

BERYL A. HOWELL
Chief Judge

[1] The witness argues that docket entry 4 should be unsealed in part, over the government's objection that this docket entry should remain entirely under seal. The Court concludes, however, that unsealing of the pages suggested by the witness, which pages concern actions the witness took in response to the grand jury's subpoenas, would disclose "matter[s] occurring before the grand jury." FED. R. CRIM. P. 6(e)(2)(B).