**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF** <br> **GRAND JURY INVESTIGATION** | **UNDER SEAL** <br><br> No. 18-GJ-34 (BAH) |

**NOTICE OF APPEAL OF ANDREW MILLER**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Andrew Miller, through his undersigned attorney, hereby files this Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit of the Order of Civil Contempt issued by Chief Judge Beryl A. Howell of the U.S. District Court for the District of Columbia on August 10, 2018, holding Mr. Miller in civil contempt of court for failing to appear and testify before the Grand Jury on August 10, 2018.  ECF No. 36.  A corrected order was issued and docketed on August 13, 2018.  ECF No. 38.

Mr. Miller also appeals and seeks review of the District Court's Order and Memorandum Opinion issued under seal on July 31, 2018, dismissing his Motion To Quash  (ECF No. 22) which was subsequently unsealed with redactions on August 2, 2018 (ECF No. 26).

                                                      Respectfully submitted,

                                                      */s/ Paul D. Kamenar*

                                                        Paul D. Kamenar, D.C. Bar #914200  
                                                        1629 K Street, N.W.  
                                                        Suite 300  
                                                        Washington, D.C. 20006  
                                                        (301) 257-9435  
                                                        (301) 656-6562 (facsimile)  
                                                        paul.kamenar@gmail.com

                                                        *Counsel for Andrew Miller*

Date: August 13, 2018