# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GRAND JURY INVESTIGATION** | Grand Jury Action No. 18-34 (BAH) <br><br> **Filed Under Seal** |

## ORDER

Upon consideration of the joint motion to unseal, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the August 10, 2018 contempt order, ECF No. 36, will be unsealed.

_____   _____
Date                                                      THE HONORABLE BERYL A. HOWELL
                                                                        CHIEF UNITED STATES DISTRICT JUDGE