**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE GRAND JURY INVESTIGATION

Grand Jury Action No. 18-34 (BAH)

**Filed Under Seal**

FILED
SEP - 6 2018
Clerk, U.S. District and Bankruptcy Courts

## ORDER

Upon consideration of the joint motion to unseal, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the August 10, 2018 contempt order, ECF No. 36, will be unsealed.

_9/6/2018_
Date

_/s/ B.A. Howell_
THE HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE