# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION | Grand Jury Action No. 18-34 (BAH)<br><br>**FILED UNDER SEAL** |

## JOINT RESPONSE TO MINUTE ORDER

The United States of America, by Robert S. Mueller, III, Special Counsel, files this joint response to the Court's 9/6/18 Minute Order. The parties agree that the Joint Motion to Unseal Contempt Order, ECF No. 43, the Court's order on that motion, ECF No. 44, the Court's 9/6/18 Minute Order, this response, and any subsequent order unsealing the referenced materials should be unsealed. For reasons explained in prior motions to unseal, *see* ECF Nos. 30, 43, the disclosure of events and legal issues referenced in these materials would not reveal a matter occurring before a grand jury, and, in any event, because virtually all of the facts conveyed in these filings appear in now-unsealed materials, Federal Rule of Criminal Procedure 6(e) would no longer apply. A proposed order is attached.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: September 7, 2018      By:   /s/_____
Michael R. Dreeben
Jeannie S. Rhee
Adam C. Jed
Aaron S.J. Zelinsky

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**IN RE GRAND JURY INVESTIGATION**

Grand Jury Action No. 18-34 (BAH)

## ORDER

It is hereby **ORDERED** that the Joint Motion to Unseal Contempt Order, ECF No. 43, the Court's order regarding that motion, ECF No. 44, the Court's 9/6/18 Minute Order, and the joint response to that Minute Order will be unsealed.

_____             _____
Date                                                THE HONORABLE BERYL A. HOWELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE