UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP - 7 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN RE GRAND JURY INVESTIGATION

Grand Jury Action No. 18-34 (BAH)

## ORDER

It is hereby **ORDERED** that the Joint Motion to Unseal Contempt Order, ECF No. 43, the Court's order regarding that motion, ECF No. 44, the Court's 9/6/18 Minute Order, and the joint response to that Minute Order will be unsealed.

9/7/2018
Date

THE HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE