UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY INVESTIGATION

Grand Jury Action No. 18-34 (BAH)

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Civil Procedure 83.6(h), please notice the withdrawal Jeannie Rhee as counsel for the Government in the above-captioned matter.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: April 16, 2019

*/s/ Jeannie Rhee*
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*