UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN RE GRAND JURY INVESTIGATION**   No. 18-GJ-00034 (BAH)

NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of Court:

Pursuant to Local Rule 101(a), please terminate the appearance of Michael D.J. Eisenberg as counsel for witness Andrew Miller. Paul D. Kamenar has entered an appearance on behalf of Mr. Miller and continues to represent him in this matter.

Mr. Miller consents below.

Respectfully submitted,

Dated: April 16, 2019

/s/ Michael D.J. Eisenberg
Law Office of Michael D.J. Eisenberg
700 12th Street, NW
Suite 700
Washington, DC 20005
michael@eisenberg-lawoffice.com
www.eisenberg-lawoffice.com
O: (202) 558-6371
F: (202) 403-3430

*Counsel for Andrew Miller*

I, Andrew Miller, consent to the termination of Michael D.J. Eisenberg as my counsel.

*Andrew Miller*

1