UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GRAND JURY INVESTIGATION** | No. 18-GJ-00034 (BAH) |

NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of Court:

please terminate the appearance of Alicia I. Dearn for witness Andrew Miller. Paul D. Kamenar has appeared on behalf of Mr. Miller and continues to represent him in this matter.

Mr. Miller consents below.

Respectfully submitted,

Dated: April 9, 2019

s/Alicia I. Dearn
Alicia I. Dearn, Esq. (#MO0011)
Bellatrix PC
231 S. Bemiston Avenue, Ste 850 #56306
Saint Louis, MO 63105
(314) 526-0040
(314) 526-0044 (facsimile)
notices@bellatrixlaw

*Counsel for Andrew Miller*

I, Andrew Miller, consent to the withdrawal of Alicia I. Dearn as my counsel.

*Andrew Miller*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April 2019, a copy of the foregoing document was delivered by electronic mail to:

Aaron Zelinsky, Esq
US Department of Justice Special Counsel's Office
RM B-103
950 Pennsylvania Ave NW
Washington DC, 20530
ASJZ@usdoj.gov


JONATHAN KRAVIS
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
jonathan.kravis3@usdoj.gov


Paul D. Kamenar
1629 K Street, NW
Suite 300
Washington, DC 20006
Paul.kamenar@gmail.com


Dated: April 9, 2019                    s/Alicia I. Dearn
                                        Alicia I. Dearn, Esq. (#MO0011)
                                        Bellatrix PC
                                        231 S. Bemiston Avenue, Ste 850 #56306
                                        Saint Louis, MO 63105
                                        (314) 526-0040
                                        (314) 526-0044 (facsimile)
                                        notices@bellatrixlaw

                                        *Counsel for Andrew Miller*