# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF<br><br>GRAND JURY INVESTIGATION | No. 18-GJ-34 |

## STATUS REPORT

Pursuant to the Court's Minute Order dated May 29, 2019, the United States hereby notifies the Court that its Order [Doc. No. 36], holding Mr. Andrew Miller in civil contempt, may be discharged.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

By: ___/s/___
Jonathan Kravis
Assistant United States Attorney

Aaron Zelinsky
Special Assistant United States Attorneys
555 4th Street NW
Washington, D.C. 20530

Dated: May 31, 2019