# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
———————

**No. 18-3052**  **September Term, 2018**

1:18-gj-00034-BAH

**Filed On: May 28, 2019** [1789688]

In re: Grand Jury Investigation,

## M A N D A T E

In accordance with the judgment of February 26, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Ken R. Meadows
Deputy Clerk

Link to the judgment filed February 26, 2019

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-3052**                    **September Term, 2018**

FILED ON: FEBRUARY 26, 2019

IN RE: GRAND JURY INVESTIGATION,

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-gj-00034)

Before: HENDERSON, ROGERS and SRINIVASAN, *Circuit Judges*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Ken Meadows
Deputy Clerk

Date: February 26, 2019

Opinion for the court filed by Circuit Judge Rogers.