# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 18-3052**                                     **September Term, 2018**

FILED ON: FEBRUARY 26, 2019

IN RE: GRAND JURY INVESTIGATION,

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-gj-00034)

---

Before: HENDERSON, ROGERS and SRINIVASAN, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                               BY:     /s/

                                                     Ken Meadows
                                                     Deputy Clerk

Date: February 26, 2019

Opinion for the court filed by Circuit Judge Rogers.