THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF                      :
GRAND JURY INVESTIGATION              :    NO. 18-GJ-34
                                      :
                                      :
                                      :

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court and the parties of the entry of appearance of Michael J. Friedman, representing the United States.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar # 481052

By:                                  */s/Michael J. Friedman*
                                        Michael J. Friedman
                                        Assistant United States Attorney
                                        N.Y. Bar # 4297461
                                        United States Attorney's Office
                                        601 D Street, NW
                                        Washington, DC 20530
                                        (202) 252-6765