UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: GRAND JURY | : | |
| INVESTIGATION | : | Case No: 18-gj-00034 (BAH) |
|  | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court and the parties of the entry of appearance of Michael J. McCarthy, representing the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Michael J. McCarthy
MICHAEL J. McCARTHY
Assistant United States Attorney
D.C. Bar No. 229706
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7052
michael.mccarthy@usdoj.gov