UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: GRAND JURY INVESTIGATION | : : : : : | Case No. 18-gj-00034 (BAH) |

## UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT

The United States respectfully requests that, pursuant to Federal Rule of Criminal Procedure 45(b), the Court allow the Government additional time beyond the deadline of March 6, 2023, to respond to its Minute Order dated March 1, 2023, for good cause shown.

On March 1, 2023, this Court ordered the Government to file, by March 6, 2023, a status report advising the Court whether the Memorandum Opinion in this matter dated July 31, 2018, which was made publicly available in redacted form on August 2, 2018, may be further unsealed and, if full unsealing is not possible, proposing any redactions to be made. *See*, March 1, 2023, Minute Order.

When determining whether to unseal judicial records, this Court must balance: "(1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to disclosure, and the identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings." *See In re Leopold to Unseal Certain Elec. Surveillance Applications & Ords.*, 964 F.3d 1121, 1131 (D.C. Cir. 2020) citing *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980)).

Particularly since this memorandum opinion relates to matters investigated by former Special Counsel Robert S. Muller, the government's consideration of these factors will require consultation with counsel to the material witness as well as the Department of Justice components with equities in the underlying grand jury investigation. These discussions have begun, but are expected to take additional time.

Thus, so that it may properly formulate its joint status report, the Government respectfully submits there is good cause to continue the deadline to file its status report to March 20, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Michael J. McCarthy
Michael J. McCarthy
Assistant United States Attorney
D.C. Bar No. 229706
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
202-252-7052
michael.mccarthy@usdoj.gov