UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: GRAND JURY INFORMATION | : : : : : | CASE NO. 18-gj-00034 (BAH) |

ORDER GRANTING UNITED STATES'
MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT

The United States of America has filed a motion seeking additional time to respond to the Court's Minute Order dated March 1, 2023. For good cause shown, the United States' motion is GRANTED.

The United States shall have until March 20, 2023, to file its status report.

IT IS SO ORDERED.


DATED: _____

_____
THE HONORABLE BERYL A. HOWELL
CHIEF JUDGE, U.S. DISTRICT COURT