**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | **CASE NO. 18-gj-00034 (BAH)** |
| **IN RE: GRAND JURY** | : | |
| **INVESTIGATION** | : | |
| | : | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this status report pursuant to this Court's paperless Minute Orders dated March 1, 2023, and March 6, 2023.

In its Minute Order dated March 1, 2023, the Court directed the government to file "a status report advising the Court whether the Memorandum Opinion dated July 31, 2018, which was made publicly available in redacted form on August 2, 2018, may be further unsealed and, if full unsealing is not possible, proposing any redactions to be made. *Cf. In re Grand Jury Investigation*, 916 F.3d 1047, 1049 (D.C. Circuit 2019) (naming the appellant-witness in this matter as Andrew Miller in a publicly available opinion)." 3/1/23 Minute Order (docket citations omitted).

On August 8, 2018, at this Court's direction, the parties filed a joint recommendation for unsealing material in this matter. *See* Joint Recommendation of Unsealing with Redactions, ECF No. 30 (the "Joint Recommendation"). Regarding the Memorandum Opinion, the parties recommended removing all redactions in the previously released version except the portion of page 19, footnote 6, following the words "the witness is Andrew Miller". *Id*. at 3 (cleaned up).  The Court accepted this recommendation and attached a further unsealed version of the Memorandum Opinion as an exhibit to its order dated August 8, 2018. *See* Order, ECF No. 32 at 2; Second Redacted Version of the Memorandum Opinion, ECF No. 32-3, at pages 19.

In their Joint Recommendation, the parties also recommended that the Court unseal the Government's initial motion to unseal the Memorandum Opinion, ECF No. 24. However, the

parties failed to propose redactions to the motion's Attachment A, which contained an unredacted copy of the Memorandum Opinion with transparent markings indicating the government's then-proposed redactions. *See* Attachment A, ECF No. 24-1. Thus, when the Court accepted the parties' recommendation and unsealed both the government's motion and the entire case on August 8, 2018, it inadvertently unsealed a copy of the Memorandum Opinion without redactions. *See id.*

Considering the foregoing, and further because Mr. Miller described himself as a former aide to Roger Stone in his arguments before the D.C. Circuit, *see, e.g.*, Petition for Panel Rehearing and Rehearing En Banc with Suggestion of Mootness, *In re Grand Jury Investigation*, Doc. No. 1782753, 2019 WL 1597037, at *2 (D.C. Cir. Apr. 12, 2019), the government does not oppose the full unsealing of the Memorandum Opinion without redactions.

On March 20, 2023, Mr. Miller, through his counsel, Paul Kamenar, informed the government that he does not oppose unsealing the Memorandum Opinion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Michael J. McCarthy*
Michael J. McCarthy
Assistant United States Attorney
DC Bar No. 229706
United States Attorney's Office
601 D Street NW
Washington, DC  20530
202-252-7052
michael.mccarthy@usdoj.gov